Opinion issued April 15, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-00855-CV

———————————

TRAVIS
PRYOR, SR., Appellant

V.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR THE REGISTERED HOLDERSOF GSAMP TRUST 2005-SDI, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2005-SDI AND OCWEN LOAN SERVICEING LLC,
Appellees



 



 

On Appeal from the County
Court at Law No. 3 & Probate Court  

Brazoria County, Texas



Trial Court Case No. C1041098

 



MEMORANDUM OPINION

Appellant Travis
Prior, Sr. has failed to timely file a brief. 
See Tex. R. App. P.
38.8(a) (failure to file brief).  After
being notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing
involuntary dismissal of case).  

We
dismiss the appeal for want of prosecution for failure to timely file a
brief.  We deny all pending motions.

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.